# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Tim Doyle Davidson,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.14-4323-CV-C-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court are plaintiff's *Motion To Suspend Scheduling Orders*, filed July 6, 2015 [Doc. 12] and *Motion To Dismiss,* filed July 7, 2015 [Doc. 13]. Inasmuch as the Court has been informed that the Government does not intend to oppose plaintiff's motions, it is

**ORDERED** that plaintiff's *Motion To Suspend Scheduling Orders*, filed July 6, 2015 [Doc. 12] is **MOOT**. It is further

**ORDERED** plaintiff's *Motion To Dismiss,* filed July 7, 2015 [Doc. 13] is **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

>           */s/ John T. Maughmer*
>           **John T. Maughmer**
>           **United States Magistrate Judge**